IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



ENTERED
02/08/2021

| IN RE: | § | |
| Reeves, Eric | § | CASE NO: 19-33306-H2-13 |
| Debtor(s). | § | CHAPTER 13 |

## AMENDED WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee<br>(Payments must be sent to this address) |
|---|---|
| Prism Electric<br>2985 Market St.<br>Garland, TX 75041 | William E. Heitkamp, Chapter 13 Trustee<br>PO Box 740<br>Memphis, TN 38101<br>19-33306-H2-13 |

The Court orders:

1. Employer must deduct the following amounts from wages payable to Lakesha Scott, and send the deducted funds to the Chapter 13 Trustee:

| Month | Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|---|
| **December 2020 – August 2021** | $265.00 | $132.50 | $122.31 | $61.15 |
| **September 2021 – June 2024** | $500.00 | $250.00 | $230.77 | $115.39 |

**2.** The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

**3.** The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

**4.** The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

**5. This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

**Signed: February 07, 2021**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE